

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re JS Everett Ranches, Ltd.,         * Original Mandamus Proceeding

No. 11-23-00028-CV                * July 3, 2025

                                       * Memorandum Opinion by Bailey, C.J.
                                         (Panel consists of: Bailey, C.J.,
                                         Trotter, J., and Williams, J.)

This court has considered JS Everett Ranches, Ltd.'s petition for writ of mandamus and concludes that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.